IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



JAY JACOBS                                                                                      PLAINTIFF

VERSUS                                                  CIVIL ACTION NO. 1:02cv714JMR-JMR

JOSEPH G. STRIBLING                                                                    DEFENDANT

## JUDGMENT

Pursuant to the Memorandum Opinion issued this day, this Court finds that Defendant's Motion to Dismiss [20-1] and Motion for Reconsideration [24-1] should be granted and further finds that the claims brought against the Defendant should be dismissed with prejudice. Finally, the Court finds that this case should be closed. It is therefore,

ORDERED AND ADJUDGED that Defendant's Motion to Dismiss [20-1] and Motion for Reconsideration [24-1] should be, and is hereby granted. All claims brought against Defendant should be dismissed with prejudice.

SO ORDERED the 23rd day of July, 2007

                                                        s/ John M. Roper
                                                        CHIEF UNITED STATES MAGISTRATE JUDGE